**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 22-04011 |
| Susan Zies | ) | Hon. Donald Cassling |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## **NOTICE OF MOTION**

TO:  Thomas H. Hooper, Office of the Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

See attached Service List.

Please take notice that on Thursday April 28th, 2022 at 9:30am, I shall appear before the Honorable Donald Cassling or any judge sitting in his place, and present the Motion to Extend the Automatic Stay, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, (1) use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ *Nicholas Landi*
Attorney for Debtor
UpRight Law
79 W. Monroe Street
Chicago, IL 60603
312-973-4918

## **CERTIFICATE OF SERVICE**

       The undersigned, an attorney, certifies that he served a copy of this notice and the attached motion, on each entity shown on the attached list at the address shown and by the method indicated on the list via regular U.S. Mail with postage prepaid from the mailbox located at 79 W Monroe Street, Chicago, IL 60603 on April 13, 2022.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-04011<br>Northern District of Illinois<br>Eastern Division<br>Wed Apr 13 12:31:38 CDT 2022 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AES/Pennsylvania Higher Education Assist<br>Attn: Bankruptcy<br>Po Box 2461<br>Harrisburg, PA 17105-2461 |
| Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | First PREMIER Bank<br>Attn: Bankruptcy<br>P.O. Box 5524<br>Sioux Falls, SD 57117-5524 |
| (p)GATEWAY ONE LENDING & FINANCE  LLC<br>175 N RIVERVIEW DRIVE<br>ANAHEIM CA 92808-1225 | Genesis Credit/Celtic Bank<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 | (p)GLOBAL LENDING SERVICES LLC<br>1200 BROOKFIELD BLVD STE 300<br>GREENVILLE SC 29607-6583 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Komyatte & Casbon, PC<br>Attn: Collections Department<br>9650 Gordon Drive<br>Highland, IN 46322-2909 | MEA-Munster<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| Pendrick Capital Partners LLC<br>PO Box 14149<br>Irving, TX 75014 | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Sallie Mae, Inc<br>Attn:  Bankruptcy<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Tbom/Atls/Aspire<br>Attn: Bankruptcy<br>Po Box 105555<br>Atlanta, GA 30348-5555 | (p)TIDEWATER FINANCE COMPANY<br>P O BOX 13306<br>CHESAPEAKE VA 23325-0306 | Uncle Warbucks<br>1329-D Arena Road<br>Lot 110<br>Kahnawake, QC |
| Usdoe/Glelsi<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 | Nicholas J Landi<br>UpRight Law<br>79 West Monroe Street<br>Chicago, IL 60603-4901 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Susan Zies<br>3601 Ridge Rd.<br>Apt. 2R<br>Lansing, IL 60438-3379 | Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603-5764 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Gateway One Lending & Finance<br>Attn: Bankruptcy<br>175 North Riverview Dr, Suite 100<br>Anaheim, CA 92808 | Global Lending Services LLC<br>Attn: Bankruptcy<br>Po Box 10437<br>Greenville, SC 29603 | Jefferson Capital Systems<br>PO Box 7999<br>Saint Cloud, MN 56302 |

Tidewater Finance Company
P.O. Box 13306
Chesapeake, VA 23325

End of Label Matrix
Mailable recipients    22
Bypassed recipients     0
Total                  22

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | 22-04011 |
| ) | Hon. Donald Cassling |
| Susan Zies, ) | |
| ) | CHAPTER 13 |
| DEBTOR. | |

### MOTION TO EXTEND AUTOMATIC STAY

Now comes Susan Zies, Debtor, by and through Debtor's Attorneys, UpRight Law, and moves this Honorable Court to extend the automatic stay, and in support thereof debtor states as follows:

1. That the debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C. on April 7, 2022.

2. That this case has not yet been confirmed by this Honorable Court.

3. Debtor previously filed a Chapter 13 case, case number 19-29622, on October 17, 2019, which was dismissed on August 17, 2021. Please see attached Exhibit A for Debtor's Affidavit. Please see attached Exhibit B for Debtor's previous I & J Schedules. Please see attached Exhibit C for Debtor's current I & J schedules.

4. Debtor is requesting this Honorable Court to extend the automatic stay pursuant to Section 362 (c)(3)(A).

5. Debtor's previous case was voluntarily dismissed.

6. In the previous case, the debtor was in need of a vehicle and was unable to find a dealership willing to finance her a vehicle while in an active Chapter 13 case.

7. As the debtor needed a reliable vehicle to get to and from her place of employment, this situation was not tenable.

8. That the debtor had no other option to secure a vehicle besides dismissing her Chapter 13 case in order to find a dealership that would work with her, thus the case was voluntarily dismissed.

9. That the debtor now has a reliable vehicle that allows her to get to and from work in order to earn an income to fund her Chapter 13 plan.

10. That in the present case, the debtor will be able to maintain her car loan in addition to her plan payments and all other household expenses.

11. That, equitably, the stay should be extended.

12. The debtor has filed this case in good faith and intends to complete his Chapter 13 plan of reorganization.

WHEREFORE, Debtor, prays this Honorable Court for the following relief:

A. The automatic stay is hereby extended to all creditors.

Respectfully Submitted,

/s/ Nicholas Landi
Attorney for Debtor
UpRight Law
79 W. Monroe Street
Chicago, IL 60603
(312) 837-4021