# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  SUSAN ZIES )  Case No. 22 B 04011
  )
  )  Chapter 13
  )
  Debtor(s) )
  )  Judge: DONALD R CASSLING


**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for June 30, 2022 10:00 am, for the following:

The plan fails to meet the applicable commitment period of 60 months as required by 11 U.S.C. Sections 1322(d)(1) and 1325(b)(4) because it does not take into account debtor's attorneys fees.


**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper.  In the alternative, the Trustee requests a hearing on the matter.

Dated: June 24, 2022                                    /s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

RE:  SUSAN ZIES                              )          Case No. 22 B 04011
                                             )
                                             )          Chapter 13
                                             )
        Debtor(s)                            )
                                             )          Judge: DONALD R CASSLING

**CERTIFICATE OF SERVICE**

I, Emily Baez, do hereby certify that I am, and at all times hereinafter mentioned was, more than
eighteen (18) years of age; and that on the date indicated herein below, I served copies of the
foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of
the same in a postage-paid envelope with the United States Postal Service or by electronic
means, as indicated.


        UPRIGHT LAW                                    (via CM/ECF)
        *Attorney for Debtor*


        Patrick Layng                                  (via CM/ECF)
        United States Trustee


        SUSAN ZIES                             (via U.S. Postal Service)
        3601 RIDGE RD #2R
        LANSING, IL 60438
        *Debtor*


Dated: June 24, 2022                            /s/ Emily Baez
                                               _____

                                               Emily Baez
                                               Office of the Chapter 13 Trustee
                                               55 E. Monroe St., Suite 3850
                                               Chicago, IL 60603
                                               (312) 294-5900