UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>SUSAN ZIES<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  22-04011<br><br>Chapter:  13<br>Honorable Donald R. Cassling |

### ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS

This matter coming before the court on Trustee's Motion to Dismiss, it appearing to the court that the debtor has failed to make the payments required under the terms of the plan.

IT IS THEREFORE ORDERED that this case is dismissed pursuant to § 1307 (c)(4) for failure by the debtor to make timely payments as proposed by the plan pursuant to § 1326 (a)(1).

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  June 30, 2022

**Prepared by:**

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900